UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LANCE SALVAS RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:24-CV-280-FL |
| ) | |
| FRANK J. BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross motions for judgment as a matter of law and the memorandum and recommendation entered by the United States Magistrate Judge, to which objections were not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 28, 2025, and for the reasons set forth more specifically therein, that plaintiff's motion is denied and defendant's motion is granted. This matter is dismissed.

**This Judgment Filed and Entered on July 28, 2025, and Copies To:**

Towqir Aziz / Haseeb S. Fatmi (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler, and Wanda M. Mason (via CM/ECF Notice of Electronic Filing)


July 28, 2025               PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk